**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

       Appellee,

v.                                      Case No.: 3:08cr138/MCR

BRYAN K. ANDERSON,

       Appellant.
_____/

**O R D E R**

       Gwendolyn Spivey, appointed counsel for Bryan K. Anderson in this appeal from Anderson's convictions and sentence in Case No. 3:06mj91/MD, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 368 U.S. 738, 87 S.Ct. 1396, 18 L.Ed 493 (1967).  Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Anderson's conviction and sentence are AFFIRMED.

       DONE and ORDERED this 9th day of February, 2009.

                                                   *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**